UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-161-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| IRAN DEVON COOK | |

On motion of the Defendant, Iran Devon Cook, and for good cause shown, it is hereby

ORDERED that **DE 187** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __17__ day of __August__ 2020.

_____
JAMES C. DEVER III
United States District Judge